UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYISHA RAMSEY,<br><br>    Plaintiff,<br><br>v.<br><br>TRUFOOD MFG, INC. and SPARTAN STAFFING,<br><br>    Defendants. | Case No. 2:17-cv-00468 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby stipulates to the dismissal of the above-captioned case, with prejudice. Each party will bear its own costs.

Dated: November 6, 2017

Respectfully submitted,

/s/ Kayla Drum
Kayla Drum, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower
600 Grant Street, Suite 4875
Pittsburgh, PA 15219

SO ORDERED:

_____
Magistrate Judge Cynthia Reed Eddy